CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
NOV 23 2016
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 5:06cr00052 |
| v. | ) |
| | ) |
| ANTONIO M. DRUITT, | ) By: Michael F. Urbanski |
| | ) United States District Judge |
| Petitioner. | ) |

### ORDER

For the reasons set forth in the accompanying memorandum opinion, Petitioner Antonio M. Druitt's motion for bond pending resolution of his 28 U.S.C. § 2255 motion, ECF No. 66, is **DENIED**. This matter remains stayed pending a decision by the United States Supreme Court in Beckles v. United States, No. 15-8544.

It is **SO ORDERED**.

Entered: 11/23/2016

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge